WILLIAM D. ASHLEY, Respondent, *v.* DEXTER D. ASHLEY, Appellant.

*Ashley* v. *Ashley*, 61 App. Div. 622, affirmed.
(Argued April 9, 1902; decided May 6, 1902.)

APPEAL from a judgment entered in favor of plaintiff October 15, 1901, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judgment of Special Term overruling a demurrer to the complaint.

*Thaddeus D. Kenneson* for appellant.

*James G. Meyer* and *William Vanamee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, MARTIN, CULLEN and WERNER, JJ. Dissenting: BARTLETT and VANN, JJ.

---

In the Matter of Proving the Will of THOMAS W. EVANS, Deceased.

DAVID KEANE, Appellant; HORACE S. ELY et al., Respondents.

*Matter of Evans,* 65 App. Div. 100, affirmed.
(Argued April 10, 1902; decided May 6, 1902.)

APPEAL from orders of the Appellate Division of the Supreme Court in the first judicial department, one entered November 13, 1901, which affirmed a decree of the New York County Surrogate's Court, admitting to probate an instrument propounded as the last will of Thomas W. Evans, deceased, and another entered March 27, 1901, which affirmed an intermediate order of said Surrogate's Court striking out certain objections to the probate of such instrument.

*J. Noble Hayes* for appellant.

*Wolcott G. Lane, Charles H. Griffin* and *Stephen O. Lockwood* for respondents.

Orders affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.